L. C. Clyne, trustee, and John J. Perkins, bankrupt, defendant in error, v. Perry J. Eychaner and Ethel B. Eychaner, plaintiffs in error.  Gen. No. 7,221.

Bill by trustee in bankruptcy to set aside forfeiture under contract of sale of real estate, and to recover part payment made.  Finding for full amount claimed.  Error to the Circuit Court of Kane county; the Hon. Adam C. Cliffe, Judge, presiding.  Heard

in this court at the April term, 1923. Reversed and remanded. Opinion filed September 7, 1923. Rehearing denied October 10, 1923.

Floyd Brower and Raymond & Newhall, for plaintiffs in error. E. L. Lyon, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.